# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SERGIO ZAMORA, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No. 15 C 4375 |
| GEORGIOS ON DIVISION, INC, and DEAN FRANGOS., individually, | ) ) ) | Judge Lefkow |
| | ) | Magistrate Judge Cole |
| Defendant | ) ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having reached a settlement in this matter, the Parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit with prejudice as to all Defendants.

Respectfully submitted,

Dated: November 16, 2015

| | |
|---|---|
| s/Irv Geslewitz | s/Alvar Ayala_____ |
| Irv Geslewitz | Alvar Ayala |
| Much Shelist, PC. | Workers' Law Office, PC. |
| 191 North Wacker Drive, Suite 1800 | 53 W Jackson blvd., Suite 701 |
| Chicago Illinois, 60606 | Chicago, Illinois, 60604 |
| (312) 521-2414 | (312) 795-9115 |
| | |
| One of Defendants' Attorneys | One of Plaintiff's Attorneys |